25234900
 

 
 NUMBER 13-14-00203-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 4762517780000000
 IN RE REBECCA GALLARDO
 
000001778000
 On Petition for Writ of Mandamus.

000001778000
 ORDER
 
 Before Justices Garza, Benavides, and Perkes
 Per Curiam Order
 
Relator, Rebecca Gallardo, proceeding pro se, filed a petition for writ of mandamus in the above cause on April 1, 2014. This petition for writ of mandamus joins an appeal currently pending in this Court in our cause number 13-14-00132-CV, arising from the same underlying matters. The Court requests that the real parties in interest, Division of Workers Compensation - Texas Department of Insurance, Daniel F. Horne, Apria Healthcare Group, Inc., Insurance Company of the State of Pennsylvania, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. See id. R. 52.4, 52.8. 
IT IS SO ORDERED. 
 PER CURIAM

Delivered and filed the
3rd day of April, 2014.